## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )   04 CR 10333 RCL |
| | ) |
| v. | )   CRIMINAL NO. |
| | )   VIOLATIONS: |
| KATHLEEN D. KELLY | )   18 U.S.C. § 1703(a) - |
| | )   Delay of Mail |

### INDICTMENT

**COUNT ONE:**    (18 U.S.C. § 1703(a) - Delay of Mail)

The Grand Jury charges that:

Between on or about November 17, 2003, and on or about January 23, 2004, at Dorchester, in the District of Massachusetts,

### KATHLEEN D. KELLY,

defendant herein, being a Postal Service employee, did unlawfully secrete, detain, and delay letters, postal cards, packages, bags, and mail entrusted to her and which came into her possession, and which were intended to be conveyed by mail, and carried and delivered by a carrier and other employee of the Postal Service.

All in violation of Title 18, United States Code, Section 1703(a).

## Supplemental Factual Allegations

The Grand Jury further finds that:

1.   The offense involved more than 250 victims.

Accordingly, U.S.S.G. §2B1.1(b)(2)(C) applies to this case.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
SANDRA S. BOWER
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS;   11  3    , 2004 @ 12:52 PM

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK

3

&JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** USPIS_____

**City**   Dorchester _____    **Related Case Information:**

**County**   Suffolk _____    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Kathleen D. Kelly _____    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address     18 Plain Street, Dorchester, MA 02122-2212 _____

Birth date (Year only):   1967   SSN (last 4 #):   7812   Sex  F   Race:   W   Nationality:   US _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Sandra S. Bower _____    **Bar Number if applicable**   0787700 (Florida) _____

**Interpreter:**   ☐ Yes   ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

   ☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____   **in** _____  .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____   **on** _____

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**   1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**   11-3-04          **Signature of AUSA:**   Sandra S. Bower

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Kathleen D. Kelly _____

### U.S.C. Citations

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1703 | Delay of mail | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____