# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10333-RCL</u>

UNITED STATES

v.

KATHLEEN D. KELLY
Defendant

## <u>NOTICE OF PLEA HEARING</u>

LINDSAY, D.J.

The parties have advised the Court that the defendant(s) will enter a change of plea to certain counts of the indictment. A hearing on the proposed plea is hereby scheduled for January 24, 2005 at 2:00PM, in Courtroom No. 11, 5th floor, U.S. Courthouse, Boston, MA. Any written plea agreement between the defendant(s) and the government shall be filed not later than three days before the hearing. If the parties do not anticipate that there will be advise a written plea agreement between the defendant(s) and the government, the parties shall so the Court not later than three days before the hearing.

So Ordered.

By the Court,

/s/ Lisa M. Hourihan

_____

Deputy Clerk

December 22, 2004