# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## PRETRIAL SERVICES

JOHN R. RILEY
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY, SUITE 1-300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-793-0444
FAX: 508-793-0443

February 10, 2005

Honorable Reginald C. Lindsay
United States District Court Judge
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:   Kelly, Kathleen
      CR#04-10333-RCL
      **Release Status Letter**

Dear Judge Lindsay:

The above named defendant is scheduled to appear before Your Honor pursuant to a Rule 11 hearing.

Ms. Kelly originally appeared before U.S. Magistrate Judge Robert B. Collings on November 15, 2004 after being named in an Indictment charging her with Delay of Mail. On that date, U.S. Magistrate Judge Collings released the defendant to her own personal recognizance conditioned upon maintaining residence and statutory conditions of release.

A review of Massachusetts Criminal History Systems Board records reflects that this defendant has not incurred any arrests and there are no outstanding warrants.

This Pretrial Services Officer offers the above information for Your Honor's consideration.

Respectfully submitted,

Thomas M. O'Brien
U.S. Pretrial Services Officer

Honorable Reginald C. Lindsay     - 2 -     February 10, 2005

cc:    Mel Norris, Esq.
       Sandra Bower, AUSA
       Allyson Lorimer Crews, DCUSPO

Reviewed by:

*[signature]*

John R. Riley
Chief U.S. Pretrial Services Officer