PS 42
(Rev 07/93)

# United States District Court

## District of Massachusetts

United States of America )
)
vs )
)
Kathleen Kelly )
) Case No. 04-10333-RCL

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Kathleen Kelly, have discussed with Thomas M. O'Brien, Pretrial Services/Probation Officer, modification of my release as follows:

Participate in a program of ~~inpatient or~~ outpatient mental health or substance abuse counseling as deemed appropriate by Pretrial Services

Submit to random drug testing as directed by Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

_____   3·11·05   _____   3·11·05
Signature of Defendant    Date      Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              MAR 1 4 2005
Signature of Defense Counsel         Date

[✓] The above modification of conditions of release is ordered, to be effective on 3/15/05

[ ] The above modification of conditions of release is not ordered.

_____              3/15/05
Signature of Judicial Officer        Date