PS 42
(Rev 07/93)

# United States District Court

## District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs | ) |
| | ) |
| KATHLEEN KELLY | )   Case No. 04-10333-RCL |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, KATHLEEN KELLY, have discussed with Pretrial Services Officer Basil F. Cronin, modification of my release as follows:

Participate in an inpatient mental health or substance abuse counseling as deemed appropriate by Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

_____    _____    _Judith Oxford_____    _3/21/05_
Signature of Defendant           Date       Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              _MAR 1 8 2005_
Signature of Defense Counsel                Date

[✓]   The above modification of conditions of release is ordered, to be effective on _3/21/05_.

[ ]   The above modification of conditions of release is not ordered.

By the Court:
_U.S. MJ. Robert B. Collings_     _3/21/05_
Signature of Judicial Officer      Date
by Noreen A. Russo
Deputy Clerk