# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                CRIMINAL NO. 2004-10333-RCL

KATHLEEN D. KELLY,
    Defendant.

## *ORDER PURSUANT TO RULE 32.1(a)(1), FED. R. CRIM. P.*

COLLINGS, U.S.M.J.

    The defendant appeared before me with counsel on September 19, 2005. She stated that he wished to waive her right to a preliminary hearing pursuant to Rule 32.1(a)(1), Fed.R.Crim.P.

    After being fully advised, the defendant signed a written waiver of her right to a preliminary hearing on the record in open Court.

    Accordingly, pursuant to Rule 32.1(a)(1), Fed.R.Crim.P., it is ORDERED that the defendant be, and she hereby is, held for a final revocation hearing before the District Judge to whom this case is assigned whenever that final

revocation hearing is scheduled at the John Joseph Moakley United States Courthouse, Boston, Massachusetts.

ALL PAPERS ARE RETURNED TO THE CLERK'S OFFICE. The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."


/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge


Date: September 19, 2005.