AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of      **MASSACHUSETTS**

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| KATHLEEN D. KELLY | Case Number: 04-10333-RCL |

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Kathleen D. Kelly
                                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)
violation of conditions of release

in violation of Title _____ United States Code, Section(s) _____

| Lisa M. Hourihan | *[signature]* Lisa M. Hourihan |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 9/14/2005      Boston, MA |
| Title of Issuing Officer | Date      Location |

*Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 SEP 14 A 11:38*

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9/14/2005

Williams CG Bldg Atlantic Ave Boston, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-14-05 | Francois P. Dawson Jr. | *[signature]* |
| DATE OF ARREST | Deputy U.S. Marshal | |
| 9-14-05 | | |