# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.04-10333-RCL |
| ) | |
| KATHLEEN KELLY ) | |

## ENTRY OF APPEARANCE OF COUNSEL

Kindly enter the appearance of Francisco Fernandez for the Defendant, Kathleen Kelly, in the above-captioned matter.

Dated: April 7, 2006

Respectfully submitted,
Kathleen Kelly,
By her attorney,

/s/ Frank Fernandez
Francisco Fernandez
Denner Associates P.C.
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 227-2800

## CERTIFICATE OF SERVICE

I, Frank Fernandez, do hereby certify that on April 7, 2006, a true and exact copy of the foregoing Motion was served to all interested parties by the ECF filing system.  Those interested parties not registered on ECF will be mailed copies.

/s/ Frank Fernandez
Frank Fernandez