AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

FILED
IN CLERKS OFFICE
2006 APR 18 P 2:59
U.S. DISTRICT COURT
DISTRICT OF MASS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Kathleen Kelly | Case Number: 1:04-cr-10333 RCL |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **Kathleen Kelly**
                                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)



in violation of Title _____ United States Code, Section(s) _____

| Steve York | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 4/10/06   Boston |
| Title of Issuing Officer | Date   Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

ATTLEBORO, MA

| DATE RECEIVED 4/10/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/10/2006 | PAUL J. SUGRUE, DEPUTY | [signature] Paul Sugrue |

AO 442   (Rev. 10/03) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Kathleen Kelly

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: