AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Kathleen Kelly

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:

04 CR 10333 - RCL

I, Kathleen Kelly, charged in a ☐ complaint ☒ petition pending in this District charging violations ~~in violation~~ of probation, ~~U.S.C.,~~ _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ____ ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

X Kathleen D Kelly
Defendant

APR 20 2006
Date

_____
Counsel for Defendant