04cr10333

April 21th

Honorable Judge Lindsey:

My name is Kathleen Kelly and I am currently incarcerated at Framingham. I am asking for Mr. Melvin Norris to represent me as Mr. Norris is familiar with my case and I can not afford Mr. Fernandez as I thought.

Mr. Norris suggested that I write to you in regards to this "matter" which there is a hearing on May 9th @ 3pm.

Judge Lindsey, I have stayed sober, enrolled in school and even began employment.

I am a struggling alcoholic and I had a relapse in the month of March.

Please give me a chance to prove that I can be a productive person in this community in a structured program, not in prison.

Thank you!

Sincerely,

Kathleen Kelly
Kathleen D Celle
8 Plain St
Dorchester MA 02122
P.O. Box 9007 framingham 01704

CC: Mr. Melvin Norris