July 9, 2006

Honorable Judge Lindsey:

My name is Kathleen Kelly and I am currently incarcerated at M.C.I. Framingham since I was sentenced before you on May 19th, 2006.

At that time you sentenced me to 8 months as a result of my failure to comply with Probation.

Your Honor, there are not any programs for me at this prison, as I am a federal inmate and not state.

I am not getting the help I need to overcome my alcoholism.

I am asking you if I could go to the Coolidge House sooner than December and have to opportunity to be on the bracelet for the remainder of my probation.

Please your Honor, this prison is not helping at all in my struggle to overcome this disease.

Thank you very much for taking the time to read this.

Sincerely,
Kathleen Kelly

P.O. Box 9007
Framingham, MA 01704        (235 West)    A95115